## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO (COLUMBUS)

PEGGY A. JOSETT,
    Plaintiff,

CASE NO. 2:11-cv-00781-MHW-NMK

vs.

PNC FINANCIAL SERVICES GROUP, INC.;
EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES, LLC; and
TRANS UNION, LLC;
    Defendants.

### ORDER OF DISMISSAL WITH PREJUDICE BETWEEN
### PLAINTIFF AND DEFENDANT TRANS UNION, LLC, ONLY

Plaintiff Peggy A. Josett, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Peggy A. Josett against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Peggy A. Josett and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 12/30/11

_____
JUDGE, United States District Court,
Southern District of Ohio